UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM AERRON BRADY,

    Petitioner,   Case No. 10-12978

                                                            Hon. Marianne O. Battani

v.

                                                            Magistrate Judge Paul J. Komives

CATHERINE S. BAUMAN,

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
<u>DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>**

      In July 2010, Petitioner William Brady filed a petition for writ of habeas corpus. The Court referred this matter to Magistrate Judge Paul J. Komives pursuant to 28 U.S.C. § 636(b)(1) for a report and recommendation ("R&R"). On November 2, 2012, he issued his R&R. The Magistrate Judge recommended that the Court deny Petitioner's application for the writ of habeas corpus and deny a certificate of appealability. (Doc. No. 15, R&R at 2). The Magistrate Judge informed the parties that objections to the R&R must be filed within fourteen days of service and that a party's failure to file objections would waive any further right of appeal. (<u>See</u> R&R at 21; 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2)).

      Because no objection has been filed in this case, the parties waived their right to review and appeal. Accordingly, the Court **ADOPTS** the Report and Recommendation, **DENIES** the petition for writ of habeas corpus and **DENIES** a certificate of appealability.

**IT IS SO ORDERED.**

```
                                    s/Marianne O. Battani
                                    MARIANNE O. BATTANI
                                    UNITED STATES DISTRICT JUDGE
```

DATED: December 19, 2012

## CERTIFICATE OF SERVICE

Copies of this Order were mailed to counsel of record and petitioner on this date by ordinary mail and/or electronic filing.

```
                                    s/Bernadette M. Thebolt
                                    Case Manager
```