**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM AERRON BRADY,

    Petitioner,

v.

CATHERINE S. BAUMAN,

    Respondent.

Case No. 10-12978

Hon. Marianne O. Battani

Magistrate Judge Paul J. Komives

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND**
**DENYING PETITION FOR WRIT OF HABEAS CORPUS**

In July 2010, Petitioner William Brady filed a petition for writ of habeas corpus. The Court referred this matter to Magistrate Judge Paul J. Komives pursuant to 28 U.S.C. § 636(b)(1) for a report and recommendation ("R&R"). On November 2, 2012, he issued his R&R. The Magistrate Judge recommended that the Court deny Petitioner's application for the writ of habeas corpus and deny a certificate of appealability. (Doc. No. 15, R&R at 2). The Magistrate Judge informed the parties that objections to the R&R must be filed within fourteen days of service and that a party's failure to file objections would waive any further right of appeal. (See R&R at 21; 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2)).

Because no objection has been filed in this case, the parties waived their right to review and appeal. Accordingly, the Court **ADOPTS** the Report and Recommendation, **DENIES** the petition for writ of habeas corpus and **DENIES** a certificate of appealability.

**IT IS SO ORDERED.**

                                          s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

DATED: December 19, 2012

**CERTIFICATE OF SERVICE**

     Copies of this Order were mailed to counsel of record and petitioner on this date by ordinary mail and/or electronic filing.

                                        s/Bernadette M. Thebolt
                                        Case Manager